UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gary Carlson,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>Tovi Olson, Hometown Title Pros, LLC,<br>Tarri Hines, Janice Larson, Mark A.<br>Simonson, Nicholas Dreher, and Eric<br>Krahnke<br><br>　　　　　　　　　　Defendants. | Court File No: 09-CV-02137<br>　　　　　　　　(PAM/JJK)<br><br>**ORDER FOR DISMISSAL WITH<br>PREJUDICE OF JANICE LARSON** |

## **ORDER**

Based upon the Stipulation For Dismissal with Prejudice, the above-captioned action, as against Janice Larson (now Janice Hughes), is hereby dismissed with prejudice.


Dated: October 19, 2009　　　　　　　s/Paul A. Magnuson
　　　　　　　　　　　　　　　　　　Paul A. Magnuson, Judge
　　　　　　　　　　　　　　　　　　United States District Court